**Morris Emmerson, trustee, et al., appellees, v. National Liberty Insurance Company of America, et al., appellants.**
Suit to foreclose mortgages and collect fire insurance for benefit of mortgagees and apportion funds, also for reformation of policies by

correcting descriptions of premises and attaching certain mortgage clauses. Decree for complainants. Appeal from the Circuit Court of Jefferson county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed February 27, 1923.

Seymour Edgerton, Charles B. Obermeyer and William H. Green, for appellants. G. Gale Gilbert and Conrad Schul, for appellee H. W. Faulkner & Company. Harman Gilbert and George Gale Gilbert, Jr., for appellees Mt. Vernon Loan & Building Association and Morris Emmerson, trustee.

Mr. Justice Higbee delivered the opinion of the court.